UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

**In re:**

    **Application for PACER**                      Case # 2:22-mc-110
    **Fees Exemption**

### ORDER
### GRANTING CHRISTOPHER NAUBERT AN EXEMPTION
### FROM THE ELECTRONIC PUBLIC ACCESS FEES

This matter is before the Court upon the application and request by Christopher Naubert for an exemption from the fees imposed by the Electronic Public Access ("PACER") fee schedule adopted by the Judicial Conference of the United States Courts.

Based on the application and applicable rules, THE COURT FINDS that Christopher Naubert, as an economic PhD student at the City University of New York Graduate Center, falls within the class of users listed in the fee schedule who are eligible for a fee exemption, and that Christopher Naubert has demonstrated an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information.

Accordingly, IT IS HEREBY ORDERED that Christopher Naubert shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred in the course of his research, from the date this Order is entered until October 31, 2022. However he shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court.

IT IS FURTHER ORDERED that the following limitations shall also apply:

1. this fee exemption applies only to Christopher Naubert and is valid only for the purposes stated above;
2. this fee exemption applies only to the electronic case files of this Court that are available through the PACER system;
3. Christopher Naubert is prohibited from selling for profit any data he obtains as a result of receiving this exemption;

2

4. Christopher Naubert is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases;
5. this exemption is valid until October 31, 2022; and
6. this exemption is subject to revocation by the Court at any time.

IT IS FURTHER ORDERED that the Clerk shall promptly send a copy of this Order to the PACER Service Center.

**SO ORDERED**.

August 16, 2022  
Burlington, Vermont

*Heather Z Cooper*  
Hon. Heather Z. Cooper  
United States Bankruptcy Judge